160 A.3d 757

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Matthew Scott DIEHL, Petitioner**

**No. 368 MAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**